IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BENNETT ON-SITE SERVICES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 7:21-cv-00053-O |
| | § | |
| VESTAS-AMERICAN WIND TECHNOLOGY, INC. et al, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case (ECF No. 12), issued on August 12, 2021. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, the Court **GRANTS** Joint Motion to Stay All Proceedings Pending Arbitration. The Court **ORDERS** the parties to file a joint status report on the earlier of (1) ten days after they resolve the claims at issue in this case or (2) September 16, 2022. The Clerk is directed to close this case for statistical purposes.

**SO ORDERED** on this **27th day** of **September, 2021**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

1